**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 26, 2024
Docket #: 23-684cv
Short Title: Windward Bora LLC v. Browne

DC Docket #: 20-cv-4748
DC Court: SDNY (NEW YORK CITY)DC Docket #: 20-cv-4748
DC Court: SDNY (NEW YORK CITY)
DC Judge: Moses

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for
Royston D. Browne and Constance R. Browne - Defendants

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Windward Bora LLC - Plaintiff

and in favor of
Royston D. Browne And Constance R. Browne - Defendants

for insertion in the mandate.

Docketing Fee $600.00

Costs of printing appendix (necessary copies 1428 (6x238)) $1,258.89

Costs of printing brief (necessary copies 180 (6x30)) $278.55

Costs of printing reply brief (necessary copies 78 (6x13)) $229.95

**(VERIFICATION HERE)**

[signature]
Signature

**VERIFICATION RIDER**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-----------------------------------------------------------------------x

WINDWARD BORA LLC,
PLAINTIFF/APPELLANT/CROSS-APPELLEE,

Civil Action No.: 23-684cv

-AGAINST-

CONSTANCE R. BROWNE and ROYSTON D. BROWNE,
DEFENDANTS/APPELLEES/CROSS-APPELLANTS

-----------------------------------------------------------------------x

The Undersigned Attorney and Counselor-at-Law, duly admitted to practice Law in the Courts of the State of New York, affirms the following, subject to the penalties of perjury:

I am the Attorney for the Defendant in the above action. I have read the foregoing **VERIFIED ITEMIZED BILL OF COSTS** and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of Section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

I affirm this 6th day of August, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Joseph A. Altman (signature)

Joseph A. Altman Esq.

APPELLATE INNOVATIONS, LLC
1 BARKER AVENUE - SUITE 305
WHITE PLAINS, NY 10601

# INVOICE

Tax I.D. # 200329529

| Bill To: | Date | Invoice # |
|---|---|---|
| Joseph A. Altman P.C.<br>654 North Terrace Avenue<br>Fleetwood, NY 10552 | 12/29/2023 | 19839 |
| | **Rep** | **Terms** |
| | NW | Net 30 |

| Caption |
|---|
| Windward Bora LLC v. Browne |

| Client/Matter # | Job # |
|---|---|
| 26563 | 20492 |

| Quantity | Description of Services Rendered | Rate | Amount |
|---|---|---|---|
| 1 | Reply Brief - Paralegal Review and Typeset Cover | 383.25 | 383.25T |
| 1 | Typeset Certification of Compliance as to word/page limitation | 60.00 | 60.00T |
| | Sub Total | | 443.25 |
| | DISCOUNT APPLIED AS COURTESY 40% | -40.00% | -177.30 |
| 1 | Electronic Service of PDF Documents in Conformance with Court Protocol and Companion Copies - 1 Document 2CC | 31.50 | 31.50T |
| 1 | Personal Filing in Manhattan -1 Document | 60.00 | 60.00T |
| 1 | Digital Conversion/Electronic Filing of PDF Documents in Conformance with Court Protocol - 1 Document 2CC | 90.00 | 90.00T |

| Telephone # | | Sales Tax (8.875%) | $39.71 |
|---|---|---|---|
| 914 948-2240 | | Total | $487.16 |
| Thank you for your business. | | Payments/Credits | $0.00 |
| Payment Due Date | 1/28/2024 | **Balance Due** | $487.16 |

APPELLATE INNOVATIONS, LLC
1 BARKER AVENUE - SUITE 305
WHITE PLAINS, NY 10601

# INVOICE

| Bill To: | Date | Invoice # |
|---|---|---|
| Joseph A. Altman P.C.<br>654 North Terrace Avenue<br>Fleetwood, NY 10552 | 9/29/2023 | 19508 |
| | **Rep** | **Terms** |
| | JM1 | Net 30 |

| Caption |
|---|
| Windward Bora LLC v. Browne |

| Client/Matter # | Job # |
|---|---|
| 26563 | 19550 |

| Quantity | Description of Services Rendered | Rate | Amount |
|---|---|---|---|
| 238 | Supplemental Appendix | 5.45 | 1,297.10T |
| 1 | Single Volume/Typeset Supplemental Appendix Cover | 115.00 | 115.00T |
| 3 | Typeset Supplemental Appendix Index | 95.00 | 285.00T |
| 29 | Typeset Page Headings | 5.75 | 166.75T |
| 1 | Paralegal Cross-Referencing | 20.00 | 20.00T |
| 238 | Supplemental Appendix Advance | 0.25 | 59.50T |
| 1 | Respondent's Appellee's Brief - Paralegal Review and Typeset Cover | 404.25 | 404.25T |
| 1 | Typeset Certification of Compliance as to word/page limitation | 60.00 | 60.00T |
| 236 | Pacer Fees per Downloaded Page | 0.10 | 23.60 |
| 1 | Paralegal Time Senior | 155.00 | 155.00T |
| | Sub Total | | 2,586.20 |
| | DISCOUNT APPLIED AS COURTESY 40% | -40.00% | -1,034.48 |
| 1 | Electronic Service of PDF Documents in Conformance with Court Protocol and Companion Copies - 2 Documents 2CC | 52.50 | 52.50T |
| 1 | Personal Filing in Manhattan 2-3 Documents | 95.00 | 95.00T |

| Telephone # | | Sales Tax (8.875%) |
|---|---|---|
| 914 948-2240 | | Total |
| Thank you for your business. | | Payments/Credits |
| Payment Due Date | 10/29/2023 | **Balance Due** |

WWW.APPELLATEINNOVATIONS.COM

APPELLATE INNOVATIONS, LLC
1 BARKER AVENUE - SUITE 305
WHITE PLAINS, NY 10601

# INVOICE

Tax I.D. # 200329529

| Bill To: | Date | Invoice # |
|---|---|---|
| Joseph A. Altman P.C.<br>654 North Terrace Avenue<br>Fleetwood, NY 10552 | 9/29/2023 | 19508 |
| | Rep | Terms |
| | JM1 | Net 30 |

| Caption |
|---|
| Windward Bora LLC v. Browne |

| Client/Matter # | Job # |
|---|---|
| 26563 | 19550 |

| Quantity | Description of Services Rendered | Rate | Amount |
|---|---|---|---|
| 1 | Digital Conversion/Electronic Filing of PDF Documents in Conformance with Court Protocol - 2 Documents 2CC | 175.00 | 175.00T |

| Telephone # | | Sales Tax (8.875%) | $165.08 |
|---|---|---|---|
| 914 948-2240 | | Total | $2,039.30 |
| Thank you for your business. | | Payments/Credits | $0.00 |
| Payment Due Date | 10/29/2023 | **Balance Due** | $2,039.30 |

WWW.APPELLATEINNOVATIONS.COM